**EXHIBIT B**

New Customer Information • Distributor Login

# Crown Products
ASI 47700 • PPAI 113430 • UPIC CROWNPRO • Whatever It Takes!

products | specials | information | downloads

Home >   Products >   Writing Instruments >

Please select a product category:

- New Products
- Authoritee™ Golf
- Automobile Accessories
- Business Accessories
- Cooler Bags & Can Coolers
- Drinkware
- Gift Sets
- Health & Beauty
- Keychains & Key Lights
- Office Accessories
- Sports & Recreation
- Techno Trends
- Tools & Safety
- Totes & Bags
- Travel
- Writing Instruments
- Made in the USA
- 2010 Closeouts

**Loda Pen** ( #LODAPN )



**Click product to view a larger image**



1. All metal pens require a 5 day production time for pad printing.
2. We strongly suggest you request a sample to see the actual pen color.

Laser engraving available. 3 sided brass barrel pen with comfort grip. Retractable mechanism. Medium point black refill.

| 150 | 250 | 500 | 1000 | 2500 | |
|---|---|---|---|---|---|
| 2.99 | 2.69 | 2.59 | 2.28 | 1.99 | (3ABC) |

**$1.99c**
for quantities of
150 or more.



**Click here to view our catalog**

| Product Information | Available Colors | Tools & Resources | Stock | Order Online | Order a Sample |
|---|---|---|---|---|---|

**General Information**

| | |
|---|---|
| Catalog Page | 14 |
| Price Includes | One color pad printed or laser engraved imprint one side only. |
| Less Than Catalog Minimum | $40.00(G) |
| Shipping Weight | 6 pounds per 100 Approx. |
| Packaging | Bulk. Individually polybagged. |

**Setup Charges**

| | |
|---|---|
| Pad Printing Set-Up/Change of Copy | $40.00(G) |
| Pad Printing Set-Up/Change of Copy (Reorder) | $20.00(G) |
| Laser Setup/Change of Copy | $50.00(G) |
| Laser Setup/Change of Copy (Reorder) | $25.00(G) |

**Imprint Area**

**Pad Printed:** 1/4"h x 1-1/2"w
**Laser Engraved:** 1/4"h x 1-1/2"w


Banff Pen


Aberdeen Pen


Bienville Pen

**All Content © 2009-2010 Crown Products, LLC. Not to be reused without permission.**

