**EXHIBIT C**

Products | Whats New | Specials | Events | Policies | Download | Artwork

HOME > PRODUCT > Pen > Metal Collection > PEN32

**PRODUCT SEARCH**

keyword   GO

**PRODUCT CATEGORY**

**Desktop**

**Gadgets**

**Highlighter**

**Key Tags**

**Knife**

**Letter Opener**

**Package**

**Pen**

**Refill**

**Tape Measure**

**Tools**



**PEN32BU**

**Triangle Grip-Blue**
Triangle Grip-Blue
**Imprint Area:** 1-4
**Weight:** 1 lbs

Tell a Friend

Add Your Logo

| Quantity | 100 | 500 | 1,000 | 2,500 (R) |
|---|---|---|---|---|
| Unit Price | $1.88 | $1.75 | $1.63 | $1.50 |

Note :    Prices include one color/location laser engraving or imprint

**Related Product**

Products | Whats New | Specials | Events | Policies | Download | Artwork

HOME > PRODUCT > Pen > Metal Collection > PEN32

**PEN32S**

**Triangle Grip-Silver**
Triangle Grip-Silver
**Imprint Area:** 1-4
**Weight:** 1 lbs

Tell a Friend

### Product Category

- **Desktop**
- **Gadgets**
- **Highlighter**
- **Key Tags**
- **Knife**
- **Letter Opener**
- **Package**
- **Pen**
- **Refill**
- **Tape Measure**
- **Tools**



Add Your Logo

| Quantity | 100 | 500 | 1,000 | 2,500 (R) |
|---|---|---|---|---|
| Unit Price | $1.88 | $1.75 | $1.63 | $1.50 |

Note :    Prices include one color/location laser engraving or imprint

**Related Product**

Home | Products | Whats New | Specials | Events | Policies | Artwork | Contact Us
Copyright © 2006 All American Premium Corporation. All Rights Reserved | Privacy Policy | About Us
Technical Support: All American Premium Corp.

**Products** | **Whats New** | **Specials** | **Events** | **Policies** | **Download** | **Artwork**

HOME > PRODUCT > Pen > Metal Collection > PEN32

**PRODUCT SEARCH**

keyword  GO

**PRODUCT CATEGORY**

- **Desktop**
- **Gadgets**
- **Highlighter**
- **Key Tags**
- **Knife**
- **Letter Opener**
- **Package**
- **Pen**
- **Refill**
- **Tape Measure**
- **Tools**



**PEN32BK**

**Triangle Grip-Black**
Triangle Grip-Black
**Imprint Area:** 1-4
**Weight:** 1 lbs

Tell a Friend

**Add Your Logo**

| Quantity | 100 | 500 | 1,000 | 2,500 (R) |
|---|---|---|---|---|
| Unit Price | $1.88 | $1.75 | $1.63 | $1.50 |

Note :     Prices include one color/location laser engraving or imprint

**Related Product**

Products | Whats New | Specials | Events | Policies | Download | Artwork

HOME > PRODUCT > Pen > Metal Collection > PEN32

**PRODUCT CATEGORY**

- **Desktop**
- **Gadgets**
- **Highlighter**
- **Key Tags**
- **Knife**
- **Letter Opener**
- **Package**
- **Pen**
- **Refill**
- **Tape Measure**
- **Tools**



**PEN32RD**

**Triangle Grip-Red**
Triangle Grip-Red
**Imprint Area:** 1-4
**Weight:** 1 lbs

Tell a Friend

Add Your Logo

| Quantity | 100 | 500 | 1,000 | 2,500 (R) |
|---|---|---|---|---|
| Unit Price | $1.88 | $1.75 | $1.63 | $1.50 |

Note :   Prices include one color/location laser engraving or imprint

**Related Product**